IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

NICHOLAS DORE

                                  PLAINTIFF

VS.                NO. 14-3069 JLH

DANIEL SUTTERFIELD, BOTH PERSONALLY
AND IN HIS OFFICIAL CAPACITY AS POLICE
CHIEF FOR THE BULL SHOALS POLICE
DEPARTMENT, and DAVID CHATMAN, BOTH
PERSONALLY AND IN HIS OFFICIAL
CAPACITY AS A POLICE OFFICER FOR THE
BULL SHOALS POLICE DEPARTMENT and
THE CITY OF BULL SHOALS, ARKANSAS

                                  DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEPOSITION OF DAVID CHATMAN

## TAKEN IN MOUNTAIN HOME, ARKANSAS

## ON AUGUST 4, 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HENDRIX REPORTING SERVICE
1701 SOUTH ARCH STREET
LITTLE ROCK, AR 72206
501-372-2748**



EXHIBIT 1

1 Q Was he trying to flee?

2 A No.

3 Q To your knowledge and your interpretation of the
4 situation, was there any cause for Chief Sutterfield to, I
5 don't want to put words in your mouth, but jerk him or
6 however, whatever he did, pull him, jerk him, was that
7 necessary?

8 A I mean, I don't know if I can answer that because I
9 don't know what his intention was. If it was simply jerking
10 him to walk him towards the front door, sure. But, I mean,
11 I don't know.

12 I don't know if he intentionally jerked him to throw
13 him into the fireplace or if he jerked him just to walk
14 around. I mean, I don't, I can't really answer yes or no
15 to that.

16 Q So would you answer be, would it be fair to say that
17 your answer would be, 'It depends on his intention'?

18 A Correct.

19 Q Okay. So after the fall that you fell into the
20 fireplace, take me back through that. How do we get up out
21 of the fireplace?

22 A I'm on top of, I end up landing basically on Mr. Dore's
23 legs. Dore is partially on Dan and Dan is actually the one
24 that's in the, fully fledged in the fireplace. I stand up,
25 I grab Mr. Dore and set him up, since he was, you know, on

1    in his hair.

2    Q    Would you characterize it as an open wound or more of
3    an abrasion?

4    A    I would say abrasion simply because of the fact that the
5    fire chief, Brent Mitchell, stated to me that he had to open
6    the wound to clean it.

7    Q    Immediately before the chief and Mr. Dore fell into the
8    fireplace, were you looking towards --

9        You had Mr. Dore's left arm?

10    A    I would have had his right arm.

11    Q    You had his right arm, okay. Immediately before and
12    during the time that they jerked away from you, where were
13    you looking?

14    A    On the floor and the couch, mainly looking for a
15    firearm.

16    Q    So you were not looking towards Mr. Dore and the chief
17    at the time that they jerked away from you?

18    A    Not directly, no, sir.

19    Q    They jerked pretty violently away from you, correct?

20    A    Yes, sir.

21    Q    You don't know the cause of that?

22    A    No, sir.

23    Q    How confident are you that it took you 30 seconds to
24    pull the left arm out when you tried to get the handcuffs
25    on?

CERTIFICATE

STATE OF ARKANSAS )
COUNTY OF PULASKI )

I, Patricia B. Hendrix, CVR-CM, CCR, Notary Public and Certified Stenomask Reporter before whom the foregoing testimony was taken, do hereby certify that the witness, DANIEL CHATMAN, was duly sworn by me; that the testimony of said witness was taken by me and was thereafter reduced to typewritten form under my supervision; that the statement is a true and correct record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by the parties to the action in which this statement was taken, and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the outcome of this action.

I further certify that in accordance with Rule 30 (e) of the Rules of Civil Procedure, review of the transcript was not requested.

I further certify that I have no contract with any parties within this action that affects or has a substantial tendency to affect impartiality, that requires me to relinquish control of an original transcript or copies of the transcript before it is certified and delivered to the

custodial attorney, or that requires me to provide any service not made available to all parties in the action.

WITNESS MY HAND this 25th day of August, 2015.

HENDRIX REPORTING SERVICE

*Patricia*

Patricia B. Hendrix, CVR-CM-CCR

My Commission Expires:

August 2, 2022

L.S. #209